UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DANIELLE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:18-CV-81-D** |
| | ) | |
| LCA OVERLOOKE AT SIMMS CREEK, LP, d/b/a Overlooke at Simms Creek, OVERLOOK AT SIMMS CREEK APARTMENTS, Patrick Johnson, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, plaintiff's objections to the M&R [D.E. 9] are OVERRULED, and plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice for lack of subject-matter jurisdiction.

**This Judgment Filed and Entered on June 8, 2018, and Copies To:**

Danielle A. Carter                                                              (Sent to P.O. Box 40194
                                                                                          Raleigh, NC 27604 via US
                                                                                          Mail)

DATE:                                                              PETER A. MOORE, JR., CLERK

June 8, 2018                                              (By) /s/ Nicole Briggeman

                                                                             Deputy Clerk